UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KYLE TETREAULT,

    Plaintiff,

v.                                CASE NO.: 6:18-cv-00765-PGB-KRS

AT&T,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, KYLE TETREAULT, and the Defendant, AT&T, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

/s/ *Amanda J. Allen, Esq.*                  /s/ *Hans J. Germann, Esq.*
**Amanda J. Allen, Esquire**             **Hans J. Germann, Esquire**
Florida Bar No. 98228                       Illinois Bar No. 6274985
The Consumer Protection Firm, PLLC      Mayer Brown LLP
4030 Henderson Blvd.                        71 S. Wacker Drive
Tampa, FL 33629                            Chicago, IL 60606
Tele: (813) 500-1500                        Tele: (312) 701-8792
Fax: (813) 435-2369                         Fax: (312) 706-8169
*Attorney for Plaintiff*                           *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

     I certify that on January 3, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                *s/Amanda J. Allen, Esq.*
                                **Amanda J. Allen, Esquire**
                                Florida Bar No. 98228
                                Amanda@TheConsumerProtectionFirm.com
                                Shenia@TheConsumerProtectionFirm.com
                                THE CONSUMER PROTECTION FIRM, PLLC
                                4030 Henderson Blvd.
                                Tampa, FL 33629
                                Tele: (813) 500-1500
                                Fax: (813) 435-2369
                                ***Attorney for Plaintiff***